## Gale Knittle, Florence Knittle and Dolores Knittle, Appellees, v. William Heyden, Appellant.

### Gen. No. 44,587.

opinion filed March 16, 1949; rehearing denied April 19, 1949; released for publication April 20, 1949. Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Joseph D. Ryan, Louis G. Davidson, Louis P. Miller and Arthur Ryan, for appellees. Opinion by JUSTICE LEWE. **Not to be published in full.**